IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALVIN BERNAL JACKSON                                                              PETITIONER

No. 5:03-CV-00405 SWW

LARRY NORRIS, Director,
Arkansas Department of Correction,                                                RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this petition for writ of habeas corpus be, and it is hereby, dismissed with prejudice. The relief sought is denied.

IT IS SO ORDERED THIS 4TH DAY OF JANUARY, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE