# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ALVIN BERNAL JACKSON**                                                                 **PETITIONER**

**5:03-CV-00405 SWW**

**RAY HOBBS, Director Arkansas**
**Department of Correction**                                                              **RESPONDENT**

## ORDER

Before the Court is Respondent's motion to compel disclosure of Petitioner's expert report. Respondent filed his motion on September 15, 2011 and requests an expedited ruling in order to avoid another continuance of the evidentiary hearing scheduled for October 28, 2011. Petitioner has up to and including Tuesday, September 27, 2011 in which to file a response to Respondent's motion to compel disclosure (docket entry #83).

IT IS SO ORDERED THIS 20TH DAY OF SEPTEMBER, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE