IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ALVIN BERNAL JACKSON**                                                                          **PETITIONER**

**5:03-CV-00405 SWW**

**RAY HOBBS, Director Arkansas**
**Department of Correction**                                                                       **RESPONDENT**

## ORDER

Before the Court is Respondent's motion to compel disclosure of Petitioner's expert report. Counsel for Petitioner responds that he has conferred with opposing counsel, and the only material left to be provided is a list of hearings and trials in which Petitioner's expert has testified. Counsel states that Petitioner will supplement his expert report with the list of testimony. Because it appears that the matter has been settled, the Court finds that Respondent's motion to compel (docket entry #86) is MOOT.

IT IS SO ORDERED THIS 4th DAY OF OCTOBER, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE