# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

*THIS IS A CAPITAL CASE*

ALVIN BERNAL JACKSON            PETITIONER

No. 5:03-CV-00405 SWW

LARRY NORRIS, Director,            RESPONDENT
Arkansas Department of Correction,

## JUDGMENT and DECREE

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the petition of Alvin Bernard Jackson is GRANTED on his claim that he is ineligible for execution by reason of intellectual disability. Petitioner Jackson's conviction for capital murder remains, but his death sentence is set aside, and the State must change his penalty to life imprisonment without parole.

IT IS SO ORDERED THIS 23RD DAY OF MARCH, 2020.

                /s/Susan Webber Wright
                UNITED STATES DISTRICT JUDGE